CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 19 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS WESSON, | ) | Civil Action No. 7:15-cv-00659 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By:   Hon. Jackson L. Kiser |
|     Respondent. | ) |        Senior United States District Judge |

Thomas Wesson, a federa; prisoner proceeding pro se, filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. Petitioner now requests that I permit him to voluntarily dismiss this action without prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a petitioner to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Respondent has not yet filed a response, but inasmuch as Petitioner asks me to grant his motion to voluntarily dismiss, it is hereby

**ORDERED**

that Petitioner's motion for voluntary dismissal is **GRANTED**; all pending motions are **DENIED as moot**; the case is **DISMISSED without prejudice**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order to Petitioner.

ENTER: This 19th day of January, 2016.

                              /s/ Jackson L. Kiser
                              Senior United States District Judge